UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROGER H. KAYE and<br>ROGER H. KAYE, MD PC, on behalf of<br>themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC. and<br>MEDLEARNING, INC.,<br><br>Defendants. | Case No.: 3:10-CV-01546 (RNC)<br><br><br><br><br><br><br><br><br>March 25, 2011 |

## RENEWED MOTION TO STAY DISCOVERY

Defendants Merck & Company, Inc. ("Merck") and MedLearning, Inc. ("MedLearning") respectfully renew their motion to stay discovery pursuant to Fed. R. Civ. P. 26(c) until after the Court issues its ruling on the pending Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6), which are fully briefed [Docs. ## 43, 44, 48, 58, 59, 64, 66, 67]. Merck and MedLearning believe that the arguments for dismissal of the entire suit are compelling, and that Defendants should therefore not be burdened with potentially extensive and expensive discovery unless and until the Court denies the Motions to Dismiss. *See Harris v. Am. Gen. Fin. Servs. LLC*, No. 2:10-cv-01662, 2010 U.S. Dist. LEXIS 127484 (D. Nev. Dec. 2, 2010) (granting defendant's motion to stay discovery pending resolution of its motion to dismiss plaintiff's TCPA complaint).

Merck has inquired of counsel for Plaintiffs, who object to this Motion to Stay Discovery.

If the Court denies the Motions to Dismiss or the Motion to Stay, Merck and MedLearning respectfully request an opportunity to confer with the Plaintiffs and the Court to determine an appropriate and fair plan for discovery.

WHEREFORE, for the foregoing reasons, Defendants Merck & Company, Inc. and MedLearning, Inc., respectfully request that the Court grant this Motion to Stay Discovery.

        **DEFENDANT**
        **MERCK & COMPANY, INC.**

By: /s/Edward Wood Dunham
     Edward Wood Dunham (ct05429)
     Natalie N. Shonka (ct28458)
     WIGGIN AND DANA LLP
     One Century Tower
     P.O. Box 1832
     New Haven, CT 06508-1832
     (203) 498-4400
     (203) 782-2889 fax
     edunham@wiggin.com
     nshonka@wiggin.com

     Robert M. Langer (ct06305)
     WIGGIN AND DANA LLP
     One CityPlace
     185 Asylum Street
     Hartford, CT 06103-3402
     (860) 297-3700
     (860) 525-9380 fax
     rlanger@wiggin.com

     *Attorneys for Defendant*
     *Merck & Company, Inc.*

**DEFENDANT**
**MEDLEARNING, INC.**

By: /s/ Patrick M. Noonan
 Patrick M. Noonan (ct00189)
 DONAHUE, DURHAM & NOONAN, P.C.
 741 Boston Post Road
 Guilford, CT 06437
 (203) 458-9168

*Attorney for Defendant*
*MedLearning, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/Edward Wood Dunham
Edward Wood Dunham

21771\1\2523433.1