# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROGER H. KAYE and : <br> ROGER H. KAYE, MD PC, on behalf of : <br> themselves and all others similarly situated, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> MERCK & CO., INC. and : <br> MEDLEARNING, INC., : <br> : <br> Defendants. : | Case No.: 3:10-CV-01546 (RNC) <br><br><br><br><br><br><br><br><br><br> June 17, 2014 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw the appearance of Natalie N. Elicker (ct28458), for Defendant Merck & Co., Inc. ("Merck"), in this matter. In support of this motion, the undersigned states that Merck continues to be represented by other counsel on record.

                                                                               **Respectfully submitted,**

                                                                               /s/Natalie N. Elicker
                                                                               Natalie N. Elicker (ct28458)
                                                                               WIGGIN AND DANA LLP
                                                                               One Century Tower
                                                                               P.O. Box 1832
                                                                               New Haven, CT 06508-1832
                                                                               (203) 498-4400
                                                                               (203) 782-2889 fax
                                                                               nelicker@wiggin.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system. A copy of the foregoing will also by sent by U.S. certified mail, postage prepaid to:

Merck & Co., Inc.
UG4A-30
351 Sumneytown Pike
North Wales, PA 19454

/s/Natalie N. Elicker
Natalie N. Elicker

21771/1/3078606.1