UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROGER H. KAYE and <br> ROGER H. KAYE, MD PC, on behalf of <br> themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC. and <br> MEDLEARNING, INC., <br><br> Defendants. | Case No.: 3:10-CV-01546 (RNC) <br><br><br><br><br><br> March 15, 2018 |

**REPORT ON FINAL RESOLUTION OF PETITIONS FOR REVIEW
OF FEDERAL COMMUNICATIONS COMMISSION'S ORDER AND
PARTIES' JOINT RECOMMENDATION FOR NEXT STEPS**

Roger H. Kaye, Roger H. Kaye, MD PC (collectively, "Kaye"), Merck & Co., Inc. ("Merck) and MedLearning, Inc. ("MedLearning" and, collectively with Kaye and Merck, the "Parties") write to report on the final resolution of petitions for review filed with the D.C. Circuit Court of Appeals, pertaining to the Federal Communications Commission's ("FCC") October 30, 2014 Order, issued In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, CG Docket nos. 02-278 & 05-338 (the "Order").

As stated in the Parties' prior Status Reports, the D.C. Circuit vacated the FCC's Order. The D.C. Circuit ruled that 47 C.F.R. § 64.1200(a)(4)(iv), which required opt-out notices on faxes sent with consent, was unlawful because the FCC lacked authority to regulate unsolicited faxes. On September 5, 2017, Kaye and others filed a certiorari petition with the United States Supreme Court, seeking review of the D.C. Circuit's order. On January 16, 2018, Merck, the

FCC and others filed a brief in opposition to the certiorari petition. On January 30, 2018, Kaye and others filed a reply. The petition was denied by the Supreme Court on February 20, 2018.

In view of the denial of the petition, the parties have conferred and jointly propose that the parties brief the impact of these events on this case. The parties propose that Plaintiff file its position statement within 30 days of the date the Court accepts the parties' proposal. Defendants would file their responsive submission statement within 45 days of that filing (additional time is requested due to previously planned vacation by counsel during that period of time). Plaintiff would file any desired reply within 14 days thereafter. The parties would then request that the Court schedule a status conference.

Respectfully submitted,

/s/ Kim E. Rinehart
Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
krinehart@wiggin.com

*Counsel for Defendant Merck & Co., Inc.*

/s/ Matthew H. Geelan
Patrick M. Noonan (ct00189)
Matthew H. Geelan (ct26934)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
(203) 458-4424 fax
mgeelan@ddnctlaw.com

2

*Counsel for Defendant MedLearning, Inc.*

/s/ Aytan Y. Bellin
Aytan Y. Bellin (ct28454)
BELLIN & ASSOCIATES LLC
50 Main Street, Suite 1000
White Plains, New York 10606
Tel: (914) 358-5345
Fax: (212) 571-0284
aytan.bellin@bellinlaw.com

*Counsel for Roger H. Kaye and Roger H. Kaye, MD PC*

*Counsel for Defendant MedLearning, Inc.*

/s/ Aytan Y. Bellin
Aytan Y. Bellin (ct28454)
BELLIN & ASSOCIATES LLC
50 Main Street, Suite 1000
White Plains, New York 10606
Tel: (914) 358-5345
Fax: (212) 571-0284
aytan.bellin@bellinlaw.com

*Counsel for Roger H. Kaye and Roger H. Kaye, MD PC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2018 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/Kim E. Rinehart
Kim E. Rinehart